# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DENISE K. SAILS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01068-STA-jay |
| **BLUESCOPE BUILDINGS NORTH AMERICA, INC.,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation that the Court dismiss Plaintiff's Complaint without prejudice (ECF No. 8) submitted on September 22, 2022. Plaintiff filed no objection. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court **ADOPTS** the Report and Recommendation, and Plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE
Date: October 20, 2022